65 A.3d 296

Eric RICHARDSON, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 12 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**